IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 20 2017

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Brandon M. Hancock DOC# 150846 , Plaintiff,

v.

1. DR. Richard Hodge AT CCF ,

2. Sargent Vigil C.C.F. Staff ,

3. Jodi Sinker medical Supervisor to
(Centennial Correctional Facility Seting Health Services) ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

On Jan 28 I Declared E.R. I was Not Seen until Nurse Cari had Seen me. Her shift was ended so another Nurse seen my injury said it was just a sprain Put Ice and I quote it is fine no injury Just Take it easy This was Jan 29 2017, I wasn't Sent for xray Till Feb 12 2017 it took 2 more Days beFor They applied a cast on a wrongly seting Ankle.

(Rev. 1/30/07)

## A. PARTIES

1. Brandon M. Hancock D.O.C 158846 P.O. box 600 Canon city CO 81215
   (Plaintiff's name, prisoner identification number, and complete mailing address)

2. DR. Richard Hodge P.O. box 600 canoncity CO 81215
   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No (CHECK ONE). Briefly explain your answer:

   Staff Took 8 Days To Apply A cast To 8 broken bone on Plaintiff Hancock And staff Never Set The Ankle, just casted

3. Sargent Vigil C.C.F. Floor Sargent D-unit P.o box600 81215
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No (CHECK ONE). Briefly explain your answer:

   I Told him it was broken And Showed this Discoloration to leg he said if I could walk on it "my leg" it was fine

4. _____
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)          2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    __X__ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _____ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    Statafe 10.3 Right to medical AID under 8th Amendment

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

The Staff Took 8 full Days To Address A Serious injury A broken Ankle

(Rev. 1/30/07)       3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: **Denial of Medical treatment**

   Supporting Facts: After Declaring an Emergency it took over 24 hours just to be seen. Nurse Cori seen my leg after 30 hours and she said to staff to get me down there and even stayed late to see me.

(Rev. 1/30/07)                                     4

2. Claim Two: <u>Failure of Diagnosis and Treatment</u>

   Supporting Facts: I told staff on January 28 2017 Nurse Sarah seen me at med line said it looks alright and they droped my complaint.
   The Next Day at Night med line Nurse Cori seen it told staff to get me to medical. She stayed late and the Nurse on Nights said it was fine to go back it was at worse a sprain. This was Jan 29 2017 3 Days later finaly seen XRAY befor another 2 Days goes by befor seeing DR. Hodge to get a cast on but "he" DR. Hodge never Reset leg bone and Applied cast to a wrongly healing bone. So I had to Remove cast.

3. Claim Three: <u>Neglect</u>

   Supporting Facts: Under federale Law States any body That has a serious injury needs to have staff at the facility to Address And Diagnosis and Treatment at facility if not has to get offender to outside party for medical Treatment such as Hospital ER. ect!

D. Cause of Action

Claim four consitutes "Continuing violation" and is not barred by any statute of limitations as long as the medical need remained untreated. This went on over a week befor they put a cast on a leg that started healing wrong after 96 hours the bone need to be set the C.CF Health Services clinic and the DR Richard Hodge did not do the Reseting of the broken bone so 5 months later it is still broke and I'm in a have been in serious pain

Brandon Hancock

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   X Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? X Yes ___ No (CHECK ONE).

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. I want leg fixed and treated if need be
2. For so far 6 months of pain and suffering I want a sum of 9 million U.S. Dollars $9,203,000 $9,203,000
3. I want proper staff at C.C.F. So others don't suffer as well
4. An apology from staff and the State D.O.C.
5. I also would like to see this change these wrongful rules of ingagement to proper treatment

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  _____
                          (Date)

_____
(Prisoner's Original Signature)

This is Exibit "A" of this Complaint



Your fracture of lateral malleolus is minimally displaced
Rest, elevation + wear the boot
Thanks
Boyd NP    5-23-17

EXIBIT "A" of Complaint

Brandon Hancock

COPY

| | |
|---|---|
| **DOC #:** 150846    **Inmate Name:** HANCOCK, BRANDON M. | |
| **ENCOUNTER DATE:** 02/03/2017  **TIME:** 16:41:23  **DURATION:** minutes   **TYPE:** Follow-up - Provider | |
| **LOCATION:** CENTENNIAL CORRECTIONAL FACILITY [CENTENNIAL]  **SETTING:** Health Services Clinic | |

| | |
|---|---|
| S | **NOTES:** 31-yr old male to Medical re: Lt ankle injury. ?Pt states he was running in the yard on last Saturday (January 28th '17) when his Lt foot and ankle turned when he stepped into a hole or depression. States he felt it snap and knew it was broken. Complains he has been walking on the left foot for a week now, though also reports he has been hopping on the Rt foot, as the Lt ankle is painful. ? |
| O | **NOTES:** Alert w/ clear speech and appropriate interaction.<br>HEENT: PERRL; sclera anicteric.<br>Ext: Lt ankle shows mild swelling over the lateral malleolus, and ecchymosis distal to the ankle in the area of the heel. No apparent skin injury. No swelling or deformity of the medial malleolus or in the foot. Foot shows good distal color and warmth. Dorsalis pedis 2/4.<br>Radiology: Lt ankle films of 2/1/17: Minimally displaced transverse Fx of the distal aspect of the lateral malleolus. |
| A | **NOTES:** Minimally displaced Fx of the lateral malleolus of Lt ankle. Pt needs immobilization; preferable not to have the pt bear weight.<br>Procedure: One roll of 5" plaster and 2 rolls of 3" plaster were used to create a short leg cast on the Lt foot/ankle, & distal half of leg, over rolls of cast padding. RN assisted in keeping ankle at approx. 90 degrees (pt's knee on gurney and leg at 90 degrees to the gurney).<br>The pt tolerated the procedure well, and was alert w/ clear speech afterward: stated he wanted to go back to his cell; not to Intake. |

*This is Exibit B of this Complaint*

*Brandon Hancock*



| | | |
|---|---|---|
| P | **X-RAY ORDERED:** Ankle L/R **VERBAL BY:** HODGE, RICHARD E | |
| | **XRAY INSTRUCTIONS:** Pt has lateral malleolar Fx of Left ankle (films of 2/1/17) {the new diagnosis not showing up as a choice for a reason for x-rays}. Please obtain repeat films in about 6 weeks (approx. mid-March) re: healing.<br>This offender is currently scheduled to have X-Rays administered for this order on 02/13/2017. If you need to reschedule the appointment, please visit the Offfender Appointments screen.<br><br>**APPT SCHEDULED:** XRay Order **WITH:** Unknown<br><br>**ON:** 02/13/2017 **AT:** 08:00:00 AM<br><br>**NOTES:** Pt needs to be at a facility (possibly C.S.P., the CTCF Infirmary or San Carlos) that allows crutches, or possibly a wheelchair, while the ankle fracture is healing. Nurse-IV involved w/ this; Security aware.? | |
| E | **NOTES:** Estimated the cast would be on about 8 weeks, and that he should not walk on the cast. Pt verbalized his understanding. | |

| Health Scores: | M: | D: | P: | S: | SA: |
|---|---|---|---|---|---|
| | 3 | 2(I) | 3(M) | 1 | 4 |

**REVIEW NOTES:**
TimeStamp: 5 February 2017 14:19:33 --- User: ROBINLAMBRECHT (23053)

**STAFF:** HODGE, RICHARD E   Medical Doctor

# Clinical Orders

**DOC #:** 150846   **Inmate Name:** HANCOCK, BRANDON M.

**Encounter Date:** 02/03/2017   **Encounter Time:** 16:41:23



**X-RAY ORDERED:** Ankle L/R    **VERBAL BY:** HODGE, RICHARD E

**XRAY INSTRUCTIONS:** Pt has lateral malleolar Fx of Left ankle (films of 2/1/17) {the new diagnosis not showing up as a choice for a reason for x-rays}. Please obtain repeat films in about 6 weeks (approx. mid-March) re: healing.
This offender is currently scheduled to have X-Rays administered for this order on 02/13/2017. If you need to reschedule the appointment, please visit the Offfender Appointments screen.

**CONFIDENTIAL**

**APPT SCHEDULED:** XRay Order  **WITH:** Unknown

**ON:** 02/13/2017  **AT:** 08:00:00 AM

**PROVIDER SIGNATURE:** _____

**HODGE, RICHARD E**

Hancock, Brandon M.                                   PID#:10049214 DOC#:150846

P.2. of Exibit "B" of Complaint

Brandon HANCOCK